**Petition for Eviction from Residential Premises**    Case No. __215200040674__

__Lakefair Realty and Property Management__ §    IN THE JUSTICE COURT OF                02/10 DS
    Landlord (Plaintiff)                            §    Harris County, Texas, Precinct __5__ Place __2__
VS.                                                 §    __16715 Clay Rd., Suite 4__
__Taisha Givens, And All Other Occupants__          §    __Houston, TX 77084__
    Tenant (Defendant)                              §

Name of Landlord (provide full legal name): __Lakefair Realty and Property Management__, referred to as "Plaintiff."

**Tenants.** 1. Name of Tenant (provide full legal name): __Taisha Givens__
Defendant may be served at (provide street address and telephone number, if known):
__10311 Marble Meadow Ct., Cypress, TX 77433__
All other home and work addresses of this Defendant in Harris County that are known to the Plaintiff are:

☑ Plaintiff knows of no other home or work addresses of this Defendant in Harris County.

2. Name of Tenant (provide full legal name): _____
Defendant may be served at (provide street address and telephone number, if known):

All other home and work addresses of Defendant in Harris County that are known to the Plaintiff are:

☐ Plaintiff knows of no other home or work addresses of this Defendant in Harris County. Tenant(s) are referred to as "Defendant."

**Premises.** Plaintiff seeks possession of following Premises (describe premises, i.e. house, apartment building, including street address):
__10311 Marble Meadow Ct., Cypress, TX 77433__

**Grounds for Eviction.** Plaintiff seeks to evict Defendant for the following reason:

☐ **Failure to pay rent:**
Residential Lease: ☐ Written ☐ Oral Beginning date of Lease: _____ End date of Lease: _____
Rent: $_____ per _____ (e.g. month, week) Date of last rental payment: _____
Total amount of rent due and unpaid on date of filing: $_____
Rent subsidized by government: $_____ paid by _____ ; $_____ paid by the Defendant.

☑ **Violation of Lease:** Tenant violated Paragraph No. _____ of the Lease by (describe violation) __#28(B)(1) - Assignment, Subletting & replacement tenants - Subleasing the home without owner's permission. #17(b) Prohibitions - Modifying the home without owner's permission. #12(C) HOA Rules - Violation of HOA Rules by using the home as a vacation/short term rental. #12(A) Occupants - Unauthorized occupants in the Unit.__

**Notice to Vacate:** Date Notice to Vacate Delivered: __2/2/2021__ Manner of delivery __Certified Mail, First Class Mail__

☑ **Attorney Fees:** Plaintiff seeks attorney fees as follows:
Contractual: Lease (written) Paragraph No. _____ Amount of Attorney Fees claimed: $__200.00__
Statutory: Written demand to vacate sent on: __2/2/2021__ Date received: __2/4/2021__ Attorney Fees claims: $__200.00__

Plaintiff requests possession of the Premises, past due rent, if applicable, attorney's fees, if applicable, court costs, and such other and further relief to which Plaintiff may be entitled.

Respectfully submitted.

_____        __Duke Amos__       __Attorney__
Signature of Plaintiff, Plaintiff's Attorney or Authorized Agent    Printed Name    Title

Address: __4118 Fannin Street, Suite 208/209__
__Houston, TX 77004__
Daytime Telephone: __281-994-7210__ Fax Number: __832-547-2508__
State Bar No. __24084295__

☑ Plaintiff consents to the e-mail service of the answer and any other motions or pleadings to this e-mail address.
E-Mail Address: __damos@theamoslawfirm.com__

THE STATE OF TEXAS §
COUNTY OF HARRIS §
SWORN TO BEFORE ME on __February 10th, 2021__ by __Duke Amos__, Plaintiff.

_____ _____
Clerk                Notary Public

ELIZA JUAREZ
Notary Public
STATE OF TEXAS
ID#131990719
My Comm. Exp. Apr. 26, 2023

**Case Number: 215200040674**

| | | |
|---|---|---|
| Lakefair Realty and Property Management<br>Plaintiff<br>vs.<br>Taisha Givens<br>Defendant | §<br>§<br>§<br>§<br>§ | In the Justice Court<br>Harris County, Texas<br>Precinct 5, Place 2<br>16715 Clay Road<br>Suite 3<br>Houston, TX 77084<br>713-274-0800<br>www.jp.hctx.net |

## Citation – (Eviction) (Residential)

THE STATE OF TEXAS, COUNTY OF HARRIS
TO: ANY SHERIFF OR CONSTABLE OF TEXAS, OR PERSON AUTHORIZED BY COURT ORDER:

Deliver this Citation to the Defendant, or leave a copy with some person over the age of sixteen years at the Defendant's usual place of abode, at least six days before the day assigned for trial.

Taisha Givens
10311 Marble Meadow Ct
Cypress TX 77433
Phone Number:

Ted Heap, Constable, Precinct 5
Harris County, Texas
Delivered this _____ day of _____, 20 ___
as per order of the court.

and return this Citation at least one day before the day assigned for trial.

**TO THE DEFENDANT:**

**THIS IS A SUIT TO EVICT. YOU ARE COMMANDED to appear for trial** in Justice Court Precinct 5, Place 2 **on 4/14/2021 at 3:30 PM** to answer this eviction action.

Due to COVID-19 restrictions, you are required to appear via Zoom teleconferencing or videoconferencing. If you are unable to appear as provided by the instructions, you must contact the Court.

Appearance Instructions via Zoom:
READ REMOTE PROCEEDINGS AND VIDEO CONFERENCE INSTRUCTIONS ATTACHED

**YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. FAILURE TO APPEAR FOR TRIAL MAY RESULT IN A DEFAULT JUDGMENT BEING ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION.**

Date Petition Filed: 02/10/2021

Nature of demand made by Plaintiff(s): Possession of the property known as **10311 Marble Meadow Ct Cypress, TX 77433**, and back rent of $0.00, together with attorney's fees, costs of court, interest as provided by law and general relief. A copy of the petition is attached.

**You may request a jury and pay a jury fee in the amount of $22.00 no later than three (3) days before the trial date. If you timely make a demand for a jury trial, the case will be heard by a jury.**

## SUIT TO EVICT

This suit to evict involves immediate deadlines. A tenant who is serving on active military duty may have special rights or relief related to this suit under federal law, including the Servicemembers Civil Relief Act (50 U.S.C. App. Section 501 et seq) or state law, including Section 92.017, Texas Property Code. Call the State Bar of Texas toll-free at 1-877-9TEXBAR or 1-800-204-2222 if you need help locating an attorney. If you cannot afford to hire an attorney, you may be eligible for free or low-cost legal assistance.

## DEMANDA PARA DESALOJAR

Esta demanda para desalojar involucra plazos inmediatos. Un inquilino que esta en servicio militar activo puede tener derechos especiales o socorro en relacion con este traje por la ley federal, incluidos los miembros del servicio civil relief actuar (50 u.s.c. app. Seccion 501 y ss.) O la ley del estado, incluida la seccion 92.017, Texas Codigo de la Propiedad. Llame al colegio de Abogados de Texas (State Bar of Texas), llamada gratuita al 1-877-9TEXBAR o 1-800-204-2222 si usted necesita ayuda para localizar a un abogado. Si no está a su alcance contratar a un abogado, usted pudiera ser elegible para asesoria legal gratuita o de bajo costo.

For further information, consult the Texas Rules of Civil Procedure, Part V, Rules of Practice in Justice Courts. A copy of the Rules is available at http://www.jp.hctx.net/ or at the Justice Court.

CONTINUED ON NEXT PAGE

JUYAV